# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 57 East Pleasant Street, LLC<br>Plaintiffs,<br><br>    v.<br><br>Berkshire Hathaway GUARD Insurance Companies in cooperation with Phillips Insurance Agency,<br><br>And<br><br>AmGuard Insurance Company,<br>Defendants. | Civil Action No. |

**NOTICE TO PLAINTIFF RE: REMOVAL**

AmGuard Insurance Company, hereby give notice that it has removed this matter to the United States District Court, a copy of the notice of removal is included herewith.

AMGUARD INSURANCE COMPANY,
By its attorney,

Dated: July 8, 2019

/s/ *David M. O'Connor*
_____
David M. O'Connor
BBO No. 544166
O'CONNOR & ASSOCIATES, LLC
325 Boston Post Road
Sudbury, MA  01776
(978) 443-3510
doconnor@oconnorllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the above document was served by 1st class mail and email on all counsel of record on July 8, 2019.

/s/ *David M. O'Connor*
_____
David M. O'Connor