IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| 57 EAST PLEASANT STREET, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br>and BERKSHIRE HATHAWAY GUARD<br>INSURANCE COMPANY IN<br>COOPERATION WITH PHILLIPS<br>INSURANCE AGENCY,<br><br>    Defendants. | C.A. No. 3:19-CV-11478-KAR |

## STIPULATION OF DISMISSAL

All parties hereby stipulate, by their attorneys and pursuant to Mass. R. Civ. P. 41(a)(1)(ii), that the entire action be dismissed without prejudice, without costs, and with all rights of appeal waived.

| 57 EAST PLEASANT STREET, LLC<br>By its attorney, | AMGUARD INSURANCE COMPANY,<br>By its attorney, |
|---|---|
| /s/ Christopher Strang (Dw)<br>Christopher D. Strang<br>BBO No. 664742<br>STRANG, SCOTT, GIROUX & YOUNG<br>6 Beacon Street, Suite 305<br>Boston, MA  02108<br>(857) 233-5534<br>cstrang@strangscott.com | /s/ DMO (Dw)<br>David M. O'Connor<br>BBO No. 544166<br>O'CONNOR & ASSOCIATES, LLC<br>325 Boston Post Road<br>Sudbury, MA  01776<br>(978) 443-3510<br>doconnor@oconnorllc.com |

Dated:  September 11, 2020

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of September, 2020, I electronically filed the foregoing via CM/ECF to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                      /s/ David M. O'Connor
                                      _____
                                      David M. O'Connor